UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHILOH MISSIONARY BAPTIST CHURCH OF
MOORINGSPORT, INC.   ACTION NO.:
                     5:20-cv-0081-EEF-MLH
VERSUS               JUDGE FOOTE
                     MAGISTRATE-JUDGE HORNSBY

TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT

### PLAINTIFF'S NOTICE OF SETTLEMENT

MAY IT PLEASE THE COURT:

Plaintiff, SHILOH MISSIONARY BAPTIST CHURCH OF MOORINGSPORT, INC., respectfully provides notice to this Honorable Court that it has reached a settlement with defendant, concerning all claims, and that the parties will be exchanging settlement-related papers and proceeds shortly and thereafter submit a joint motion and order to dismiss all claims.

Respectfully submitted:

**BODENHEIMER, JONES & SZWAK, LLC**

By: /s/ David A. Szwak
_____
**DAVID A. SZWAK, LBR#21157, TA**
416 Travis Street, Ste. 1404
Mid South Tower
Shreveport, Louisiana  71101
[318]  424-1400
FAX   221-6555
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon opposing counsel of record for defendant, by ECF and by placing a copy of same in the United States Mail, properly addressed and first class postage pre-paid, on this the 2nd day of October, 2020.

/s/ David A. Szwak

**DAVID A. SZWAK**